USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC LENT,

           Plaintiff,

-against-

PREZZEE, INC.,

           Defendant.

1:23-cv-7098 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Initial Pretrial Conference scheduled for September 15, 2023 at 12:00 PM is ADJOURNED to October 20, 2023 at 12:00 PM pending resolution of Plaintiff's Motion to Remand. [ECF No. 10]. The conference will be held via Microsoft Teams. The parties should dial (646) 453-4442 and use Conference ID: 877 274 809#. Any request for an adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date: September 11, 2023
      New York, NY

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**