

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023
```

September 29, 2023

VIA ECF
The Honorable Mary Kay Vyskocil, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    <u>Lent v. Prezzee, Inc., 1:23-cv-07098 (MKV)</u>

Dear Judge Vyskocil:

    This firm represents Plaintiff Eric Lent in this breach of contract case. On September 8, 2023, Plaintiff filed a motion to remand this case to the Supreme Court of New York based on a lack of diversity jurisdiction. *See* DE #10-13. Plaintiff is now withdrawing that motion.

    In its September 22, 2023 Opposition, Defendant makes clear for the first time it is claiming Australia as the company's principal place of business, as its Notice of Removal does not contain all of the required information under Local Civ. R. 81.1: "in the case of each party that is a corporation, its state or other jurisdiction of incorporation, principal place of business, and any state or other jurisdiction of which that party is a citizen for purposes of 28 U.S.C. § 1332." With this issue now clarified, Plaintiff is withdrawing the motion to remand and consents to this Court's jurisdiction.

    We thank Your Honor for your attention to this matter.

                                                 Respectfully submitted,
                                               LIPSKY LOWE LLP

                                               s/ Douglas B. Lipsky
                                               Douglas B. Lipsky

CC:    Counsel of Record (Via ECF)

> **GRANTED. Plaintiff's motion having been withdrawn, the parties are directed to appear at the remote Initial Pretrial Conference scheduled for October 20, 2023 at 12:00 PM. [ECF No. 14.] The Clerk of Court is respectfully requested to terminate the motion pending at ECF No. 10. SO ORDERED.**
>
> Date: 10/3/2023          *Mary Kay Vyskocil*
> New York, New York     Mary Kay Vyskocil
>                               United States District Judge