```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC LENT,

                Plaintiff,

-against-

PREZZEE, INC.,

                Defendant.

1:23-cv-7098 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    A Post-Discovery Conference is scheduled in this matter for July 16, 2024 at 2:30 PM. [ECF No. 37]. The parties were due to submit a joint letter regarding the status of the case, containing the information outlined in the Civil Case Management Plan and Scheduling Order, no later than one week before the Conference, *i.e.*, by July 9, 2024. [*See* ECF No. 19 at 4–5]. To date, the parties have not filed a joint status letter.

    Accordingly, the parties are DIRECTED to file the required joint status letter no later than July 11, 2024. Failure to comply with the Court's Orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.

**SO ORDERED.**

Date: July 10, 2024
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**